AO 91 (Rev. 08/09) Criminal Complaint

FILED BY _TW_ D.C.

AUG 20 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>GARY R. KOLLIGIAN<br><br>*Defendant(s)* | )<br>)<br>) Case No. 19-MJ-8348-BER<br>)<br>)<br>) |

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __AUGUST 19, 2019__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(4)(B) & (b)(2) | Possession of Child Pornography |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Brian J. Stafford, Special Agent, HSI
Printed name and title

Sworn to before me and signed in my presence.

Date: 8/19/19

_____
Judge's signature

City and state:   West Palm Beach, Florida   Hon. Bruce E. Reinhart, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Brian J. Stafford (the Affiant), been duly sworn, depose and state as follows:

1.     I am a Special Agent with the U.S. Department of Homeland Security (DHS), Homeland Security Investigations (HSI), and have been so employed since March of 2007. I have a Bachelor of Science degree in Criminology from Florida State University, and have successfully completed the Criminal Investigator Training Program and Special Agent Training at the Federal Law Enforcement Training Center in Glynco, Georgia. Among my responsibilities as a Special Agent is the investigation of crimes against children, particularly offenses involving child pornography and the exploitation of children via the Internet. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in many forms of media.

2.     In this capacity, I have investigated child exploitation and internet crimes against children cases. I have participated in investigations of persons suspected of violating federal child pornography laws, including Title 18, United States Code, Sections 2252 and 2252A. These investigations have included the use of surveillance techniques, undercover activities, the interviewing of subjects and witnesses, and the planning and execution of arrest, search, and seizure warrants. In the course of these investigations, I have reviewed still images and videos containing child pornography and images depicting minor children engaged in sexually explicit conduct on all forms of electronic media including computers, digital cameras, and wireless telephones, and have discussed and reviewed these materials with other law enforcement officers. I have also participated in training programs for the investigation and enforcement of federal child

pornography laws relating to the use of computers for receiving, transmitting, and storing child pornography.

3. The facts set forth in this affidavit are based upon my personal knowledge, information obtained from others involved in this investigation, including other law enforcement officers, my review of documents and information gained through training and experience. Since this affidavit is being submitted for the limited purpose of establishing probable cause to support a Criminal Complaint, I have not included each and every fact known to me concerning this investigation. Rather, I have set forth only those facts I believe are necessary to establish probable cause to believe that **GARY R. KOLLIGIAN** (hereinafter referred to as "**KOLLIGIAN**") has violated Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2) on or about August 19, 2019 (possession of child pornography).

4. On August 19, 2019, officers of the Lantana Police Department (LPD) advised your affiant that they had previously been forwarded a Cybertip from the National Center of Missing and Exploited Children (NCMEC). The Cybertip was originally reported to the Palm Beach County Sherriff's Office (PBSO) in December 2017. The Cybertip provided that a particular Twitter user, named "Surfinwav," had uploaded two files containing child pornography. Twitter is an online platform where users can create profiles and post words, images and videos, so that other users can see and forward the same. NCMEC confirmed the images were child pornography.

5. Upon receiving the Cybertip, PBSO issued an administrative subpoena for the IP address used by "Surfinwav" to upload the child pornography. A response received from Comcast provided that the IP address belonged to Gary Kolligian at 4201 S Ocean Blvd, Apt H4, South Palm Beach, FL 33480. This information was then provided to the South Palm Beach Police

Department.

6. On August 19, 2019 at approximately 1045hrs, officers of the South Palm Beach Police Department along with officers from LPD, who were requested to assist under their Mutual Aid Agreement, arrived at Kolligian's address. Contact was made with Kolligian at his residence.

7. Kolligian was positively identified by his Florida Driver's License. An LPD detective explained to Kolligian that they were there to talk with him about the Cybertip and showed Kolligian one of the photos from the Cybertip. Kolligian advised he recalled the image.

8. Kolligian then invited the officers into his residence at which time a silver Apple Laptop was observed sitting on the chair that was directly located by the front door. The officers asked Kolligian which computer he currently used and he pointed to the Apple laptop sitting on the chair. Kolligian stated that he does not currently have internet access at the residence due to financial issues and has been going to local businesses such as Burger King and McDonalds to access the Wi-Fi.

9. While on scene at Kolligian's residence, he gave the officers consent to search his laptop at which time he completed a consent to search form and provided the password to access his computer. At that time, with Kolligian present, one the LPD detectives opened and accessed Kolligian's computer. Immediately visible on the screen was a picture of a young white male approximate age of 12-16 years of age in a sexual pose, titled "SCREENSHOT 2019-8-19 AT 5.21.20AM." The LPD detective scrolled through the "downloads folder" and observed many other young males, as young as approximately 8 years of age, in sexual acts and poses.

10. Kolligian consented to accompanying the officers to the LPD to conduct an interview. Kolligian was read his *Miranda* warnings, which he acknowledged he understood.

Kolligian stated that he frequents the IRC network and chats groups, and frequents the chatroom called "#boylove." Kolligian stated that he does download explicit pictures of young children from that chat group, including child pornography.

11. Agents showed Kolligian a specific picture named 2V9V7 (created 7/25/19 at 3:16 hrs) which depicts a young boy, approximately 7 years' old, who has his mouth around another young boy's penis of approximately the same age, performing oral sex. Both boys appeared to be naked. The image was found on Kolligian's computer; the same computer noted above. Kolligian acknowledged that he downloaded the image. Agents asked how old he thought he boy was. Kolligian stated "maybe 8 years old." About the photograph that was found at his residence, and noted above, Kolligian stated he downloaded a video of that young boy and took screenshots that morning of the video because he was bored. Kolligian acknowledged the boy in that photograph was 12-16 years of age.

12. Kolligian stated that he does not feel that he is committing any crimes and stated that he does this because he thinks the boys are beautiful. During the interview Kolligian was asked about other laptops that were observed in the apartment. Kolligian stated that he has several other laptops in his apartment that they may contain the same type of material.

13. A preliminary review of the downloads folder on the Apple computer revealed dozens of images and videos of child pornography: boys, under the age of 18, and some under the age of 12, engaged in a lewd or lascivious poses, exposing their genitalia to the focus of the image; or boys, under the age of 18, and some under the age of 12, engaged in sexual acts with adults or other boys.

14. Based upon the foregoing facts, and my training and experience, I submit that there

is probable cause to believe that **GARY R. KOLLIGIAN** violated Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2) (receipt of child pornography) on the dates provided herein.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
BRIAN J. STAFFORD
SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Subscribed and sworn to before me
this __19__ day of August 2019.

_____
HONORABLE BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name:   GARY R. KOLLIGIAN

Case No:   19-MJ-8348-BER

Count #: 1

Possession of Child Pornography

Title 18, United States Code, Section 2252(a)(4)(B) & (b)(2)

*Max. Penalty:   20 Years' Imprisonment, $250,000 fine, Supervised Release of 5 Years to Life, $5000 Special Assessment, $100 Assessment, Restitution

*Refers only to possible term of incarceration, fines, special assessments, does not include possible restitution, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 19-MJ-8348-BER

### BOND RECOMMENDATION

DEFENDANT: GARY R.KOLLIGIAN

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: Gregory Schiller

Last Known Address: 4201 South Ocean Blvd.

Apartment H4

Palm Beach, FL 33480

What Facility: _____

_____

Agent(s): HSI BRIAN J. STAFFORD
(FBI)  (SECRET SERVICE)  (DEA)  (IRS)  (ICE) (**OTHER**)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No.     19-MJ-8348-BER

UNITED STATES OF AMERICA

V.

GARY R. KOLLIGIAN

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?     ____Yes     __x__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?     ____Yes     __x__ No

Respectfully Submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:   /s/ Gregory Schiller
      GREGORY SCHILLER
      Assistant United States Attorney
      Florida Bar No. 0648477
      U.S. ATTORNEY'S OFFICE - SDFL
      500 S. Australian Ave.,
      West Palm Beach, FL 33401
      (561) 209-1045
      Gregory.Schiller@usdoj.gov